WILLIAM A. SIMPSON, as Father and Natural Guardian of MICHAEL SIMPSON an Infant, et al., Respondents, v. FRED LOEHMANN, Appellant.—

Concur — Stevens, J. P., Steuer, Tilzer, Rabin and Bastow, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CLARENCE BROWN, Appellant.

Concur — Stevens, J. P., Eager, Capozzoli, McNally and Bastow, JJ.

CHAPLINE CORPORATION et al., Plaintiffs, v. 330 EAST 46TH STREET, INC., Respondent. and DELMA ENGINEERING CORPORATION, Appellant, et al., Defendant.

Concur — Stevens, J. P., Eager, Capozzoli, McNally and McGivern, JJ.